# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOYCE ATKINSON, | ) |
| Plaintiff, | ) Case No. EDCV08-1736 AJW |
| v. | ) |
| | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

November 5, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge